1  THOMAS P. O'BRIEN
   United States Attorney
2  LEON W. WEIDMAN
   Assistant United States Attorney
3  Chief, Civil Division
   JOHN C. CUSKER, CSBN 148227
4  Special Assistant United States Attorney
         333 Market St., Ste. 1500
5        San Francisco, Ca. 94105
   Tel. (415) 977-8975
6  FAX: (415) 744-0134
   Email: john.cusker@ssa.gov

7  Attorneys for Defendant
   Commissioner of Social Security
8

9            UNITED STATES DISTRICT COURT
10           CENTRAL DISTRICT OF CALIFORNIA
                   EASTERN DIVISION
11

12 LAURA CASSELLA,              )  EDCV 08-1852 (RC)
                                )
13       Plaintiff,             )  JUDGMENT
                                )
14       v.                     )
                                )
15 MICHAEL J. ASTRUE,           )
   Commissioner of Social Security, )
16                              )
         Defendant.             )
17                              )

18
19 **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the
20 above-captioned action is remanded to the Commissioner of Social Security,
21 pursuant to Sentence 4 of 42 U.S.C. § 405(g), for further proceedings consistent
22 with the Order of Remand.

23 Dated: May 11, 2009

24                     /S/ ROSALYN M. CHAPMAN_____
25                     ROSALYN M. CHAPMAN
26                     UNITED STATES MAGISTRATE JUDGE